**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-10591

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ARTURO DAVID VALLEZ, JR.,

Defendant-Appellant.

**consolidated with**

No. 98-10619

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ALFONZO GOMEZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(2:97-CR-041)

February 8, 1999

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case and considering the briefs and argument of counsel, we agree with the district court that the police had reasonable suspicion to stop appellants Gomez and Vallez. We are also persuaded that the district court did not

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

err in finding that appellants consented to the search.  The judgment of conviction is therefore

AFFIRMED.